UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK RUBENSTEI and
JEFFERY NOLAN,
    *Plaintiffs,*

Case No.: 3:20-cv-00742-JAM

v.

NATIONAL ASSOCIATION OF REALTORS,
REALOGY HOLDINGS CORP,
COLDWELL BANKER,
HOMESERVICES OF AMERICA INC,
SOTHEBY'S INVESTMENT REALTY,
KELLER WILLIAMS REALTY, INC.,
and RE/MAX, LLC,
    *Defendants.*

## JUDGMENT

This matter came on before the Honorable Jeffrey A. Meyer, United States District Judge as a result of the defendants Motions to Dismiss (Docs. #[59], [64], [66], [82] and [83]).

The Court has considered all papers filed in conjunction with said motion and on July 26, 2021 entered an order (Doc. #[106]) granting Defendants' motions.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered in favor of defendants National Association of Realtors, Realogy Holdings Corp, Coldwell B, Homeservices of America Inc, Sotheby's Investment Realty, Keller Williams Realty, Inc., and RE/MAX, LLC,and against plaintiffs Mark Rubenstein and Jeffery Nolan all in accordance with the Court's order and the case is closed.

Dated at New Haven, Connecticut this 27th day of July 2021.

ROBIN D. TABORA, Clerk

EOD: 07/27/2021

By /s/ Donna Barry
    Deputy Clerk